IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Doug N. Zoltani,                      Case No. 3:11-CV-01900

        Plaintiff

    v.                                   ORDER

Commissioner of Social Security,

        Defendant

      This case was referred to a United States Magistrate Judge for Report and Recommendation. The Magistrate Judge filed his Report and Recommendation. [Doc. 18]. The Commissioner does not intend to file an objection to the Report and Recommendation.

      I have reviewed the case, *de novo*, which I find well-taken on the merits for the reasons stated in the Report and Recommendation, which is incorporated herein by reference as the opinion of the undersigned.

      Therefore, it is hereby

      ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the Order of this Court. The Commissioner's final decision in plaintiff's motion for benefits is reversed and the case is remanded to the Commissioner for further proceedings consistent with this opinion.

      So ordered.

                                                  /s/ James G. Carr
                                                  Sr. United States District Judge