IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Doug N. Zoltani,   Case No.  3:11CV1900

    Plaintiff

    v.   **ORDER**

    Defendant

Michael J. Astrue, Commissioner,

      This is a social security case in which, following referral to the Magistrate Judge, the Magistrate Judge has filed a Report and Recommendation recommending that plaintiff's counsel be awarded $2,857.40, as and for attorneys' fees and costs. (Doc. 25).

      The defendant has indicated that it has no objection to the Magistrate Judge's recommendation, aside from a standing objection to certain earlier decisions rejecting his contention that a I impose a cap of $125/hour.

      On *de novo* review, I abide by my former rulings, and find the Magistrate Judge's recommendation well-taken.

It is, accordingly,

ORDERED THAT judgment be entered in favor the plaintiff and against the defendant for attorney's fees of $2,857.40, and costs of $20.50, for a net award of $2,877.90.

So ordered.

/s/ James G.Carr
Sr. U.S. District Judge